1
2
3
4
5
6
7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SAM CORDOVA,                          Case No. CV 14-8886 JAK (SS)

12              Plaintiff,

13       v.                                **JUDGMENT**

14   CITY OF LOS ANGELES, et al.,

15              Defendants.

16

17       Pursuant to the Court's Order Accepting Findings,

18   Conclusions and Recommendations of United States Magistrate

19   Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED: 2/12/16

25                                         _____
                                           JOHN A. KRONSTADT
26                                         UNITED STATES DISTRICT JUDGE

27

28